IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated, | : : : | CIVIL ACTION FILE NO. 4:24-cv-04285 |
| Plaintiff, | : : | |
| v. | : : | |
| ELEVATE PATIENT FINANCIAL SOLUTIONS, LLC | : : : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a). The parties stipulate to the dismissal with prejudice of all Plaintiff's individual claims against Defendant Elevate Patient Financial Solutions, LLC. The putative class claims are dismissed without prejudice.

This stipulation of dismissal disposes of the entire action.

Dated: May 19, 2024

          PLAINTIFF,
          By his attorneys,

          */s/ Anthony I. Paronich*
          Anthony I. Paronich
          Paronich Law, P.C.
          350 Lincoln Street, Suite 2400
          Hingham, MA 02043
          (508) 221-1510
          anthony@paronichlaw.com

Defendant,

By: */s/ E. Keith Emmanuel*
E. Keith Emanuel (admitted *pro hac vice*)
WATSTEIN TEREPKA, LLP
75 14th Street, Ste 2600
Atlanta, Georgia 30309
Telephone: (404) 782-0695
kemanuel@wtlaw.com