United States District Court
Southern District of Texas
**ENTERED**
May 29, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHET MICHAEL WILSON, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:24-CV-04285 |
| § | |
| ELEVATE PATIENT FINANCIAL § | |
| SOLUTIONS, LLC, § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL ON STIPULATION

Parties in the above styled and numbered cause of action have filed a Stipulation of Dismissal with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure (Dkt. No. 19).

Accordingly, it is Ordered that this case is dismissed with prejudice, with each party to bear its own costs.

It is so ORDERED.

SIGNED on May 29, 2025, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge